South Side Window Frame Shop, Inc., appellee, v. L. D. Parker and Acme Sash and Door Company, appellants. Gen. No. 39,682.

Opinion filed March 16, 1938.

George A. Bosomburg, for appellants. C. J. Morgan, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Josephine Yasbec, appellee, v. A. A. Sprague and Britton I. Budd, receivers for Chicago Rapid Transit Company, defendants, and Albert A. Sprague, appellant. Gen. No. 39,708.

Opinion filed March 16, 1938.

Gardner, Foote, Morrow & Merrick, for appellant; Walter M. Fowler, of counsel. Royal W. Irwin, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Edward Johnson, appellee, v. Frank Vizgard, appellant. Gen. No. 39,725.

Opinion filed March 16, 1938.

Julius L. Kabaker, for appellant. Castle, Williams & McCarthy, for appellee; Howard R. Brintlinger, Robert F. Carey and Robert R. Hanley, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Frances Ciesiolkiewicz, administratrix of estate of Matthew Ciesiolkiewicz, deceased, appellee, v. Western and Southern Life Insurance Company, appellant. Gen. No. 39,735.

Opinion filed March 16, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Thaddeus C. Toudor, for appellee; Alec E. Weinrob and H. Smollar, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.